**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>APOTHECARY SHOP OF SCOTTSDALE, INC., et al.,<br><br>　　　　Defendants. | No. CV 06-2324-PHX-ROS<br><br>**ORDER** |

Pending before the Court is a Motion to Intervene. (Doc. 24)

**IT IS ORDERED** that if either Plaintiff or Defendants wish to respond to this Motion, the response is due August 13, 2007. The reply by proposed intervenor is due August 17, 2007.

DATED this 8th day of August, 2007.

_____
Roslyn O. Silver
United States District Judge